UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NIGEL LUCOMBE,

    Plaintiff,

v.   Case No. 8:25-cv-911-KKM-LSG

HAWK HOMES, LLC and
DAVID MISIALEK,

    Defendants.
_____/

## ORDER

The *pro se* plaintiff Nigel Lucombe requests permission to file electronically. Doc. 2. Lucombe explains that filing electronically is quicker, cheaper, and more efficient than filing documents in person at the courthouse. Doc. 2 at 2.

"Absent a court order, a pro se litigant is not permitted to file documents in CM/ECF." Administrative Procedures for Electronic Filing (M.D. Fla. Apr. 1, 2024); *see* Local Rule 1.01(c) ("By administrative order, the court can prescribe procedures governing electronic filing."). In this district, permission to file electronically typically occurs only if the *pro se* party shows "good cause" or "extenuating circumstances." *Gerow v. Blackwell*, No: 8:24-cv-02280-KKM-NHA, 2024 WL 4679030, at *1 (M.D. Fla. Nov. 5, 2024) (*quoting Hooker v. Wilkie*, No. 8:20-cv-1248-T-02CPT, 2020 WL 6947482, at *1 (M.D. Fla. Jun. 4, 2020)).

Lucombe describes nothing constituting good cause or an extenuating circumstance. *Gerow*, 2024 WL 4679030, at *1. Lucombe describes no unusual burden impacting his filing of documents. *See Cromity v. City of Orlando*, No: 6:24-cv-1688-CEM-DCI, 2025 WL 435901, at *1 (M.D. Fla. Jan. 29, 2025). Rather, Lucombe's burden is common to all *pro se* parties and, absent more, fails to justify allowing CM/ECF access. *Gerow*, 2024 WL 4679030, at *1.

A *pro se* party may file documents electronically through the Court's web portal. *Id*. If Lucombe uses the web portal, he need not submit his filings in person or through the U.S. Mail. *Id*. The portal is available on the Court's website at https://www.flmd.uscourts.gov/electronic-document-submission-web-portal. Lucombe may continue to use PACER (Public Access to Court Electronic Records) to view and print the documents in this case.* Accordingly, Lucombe's motion is **DENIED WITHOUT PREJUDICE**.

**ORDERED** on this 18th day of April, 2025.

_____
LINDSAY S. GRIFFIN
United States Magistrate Judge

---

* Lucombe says that he has registered for the "Florida Courts E-Filing Portal (pacer.uscourts.gov/file-case) and has the technical capabilities to file documents electronically." Doc. 2 at 1. Lucombe may use his PACER account to review and print case documents once filed. PACER sets a standard rate of $0.10 per page for access to court documents. *See* United States Courts, *Electronic Public Access Fee Schedule* (Dec. 31, 2019), https://www.uscourts.gov/services-forms/fees/electronic-public-access-fee-schedule. The Court may grant an exception to the PACER fee schedule to indigent litigants upon demonstration that such an exemption is applicable. Lucombe has not done so here.